HORTON, J.,
specially concurring.
Although I join in the Court’s decision, I write to highlight a provision that exists in Idaho’s adoption statutes that has the potential to negatively affect parents of prospective adoptees, particularly those who do not find favor with their judge, without regard to sexual orientation or marital status. Idaho Code § 16-1504 identifies those parties who must consent to an adoption.
16-1504. NECESSARY CONSENT TO ADOPTION. (1) Consent to adoption is required from:
(b) Both parents or the surviving parent of an adoptee who was conceived or born within a marriage, unless the adoptee is eighteen (18) years of age or older;
(c) The mother of an adoptee bom outside of marriage____
Idaho Code § 16-1506(2), in turn provides that “[a]ny person or persons whose consent is required shall execute such consent in writing, in a form consistent with the provisions of section 16-2005(4)....” Significantly, Idaho Code § 16-2005(4) requires that parents consenting to an adoption simultaneously consent to the termination of their parental rights.[5]
*352 Idaho Code § 16-1509 provides that the parental rights of the natural parents are terminated “[u]nless the decree of adoption otherwise provides----” Thus, the judge hearing the adoption petition may, but is not required to, terminate the parental rights of the parent or parents consenting to the adoption. The Legislature has not identified the standards, if any, by which judges are to exercise their discretion in determining whether to terminate the parental rights of natural parents when proceeding with adoptions.
The takeaway is simply this: parents wishing for a new spouse or domestic partner to adopt must offer to consent to the termination of their parental rights and hope that the judge doesn’t accept the offer.

. Idaho Code § 16-2005(4) provides, in pertinent part, as follows:
(4) The court may grant an order terminating the relationship where a consent to termination in the manner and form prescribed by this chapter has been filed by the parent(s) of the child in conjunction with a petition for adoption initiated by the person or persons proposing to adopt the child, or where the consent to termination has been filed by a licensed adoption agency, no subsequent hearing on the merits of the petition shall be held. Consents required by this chapter must be witnessed by a district judge or magistrate of a district court, or equivalent judicial officer of the state, where a person consenting resides or is present, whether within or without the county, and shall be substantially in the following form:
IN THE DISTRICT COURT OF THE.... JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF....
*352 In the Matter of the termination )
of the parental rights of )
................... )
................... )
I (we), the undersigned, being the.... of...., do hereby give my (our) full and free consent to the complete and absolute termination of my (our) parental right(s), to the said...., who was bom....,...., unto...., hereby relinquishing completely andforever, all legal rights, privileges, duties and obligations, including all rights of inheritance to and from the said..., and I (we) do hereby e>q>ressly waive my (our) right(s) to hearing on the petition to terminate my (our) parental relationship with the said...., and respectfully request the petition be granted.
DATED:...., 20..
(Emphasis added.)